# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

JAMES N. PHILLIPS, et al., )
)
    Plaintiffs, )
)
VS. ) No. 05-1349-T
)
DAIMLERCHRYSLER CORPORATION, )
et al., )
)
    Defendants. )

## ORDER OF TRANSFER

This action is hereby transferred to the Honorable J. Daniel Breen, United States District Judge, for further proceedings. The case will remain an Eastern Division case.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

6 December 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  12-04-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CV-01349 was distributed by fax, mail, or direct printing on December 9, 2005 to the parties listed.

---

Kyle E. Crowe
CROWE LAW FIRM
P.O. Box 500
Martin, TN 38237

Harry Johnson
Circuit Court Clerk
Obion County Courthouse
Union City, TN 38281

J. Britt Phillips
LAW OFFICE OF J. BRITT PHILLIPS
217 2nd Ave., S.
Franklin, TN 37064

Joy B Day
SUTTER O'CONNELL & FARCHIONE
217 Second Ave., S.
Franklin, TN 37064

Honorable J. Breen
US DISTRICT COURT